McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-222 KJN |
|---|---|
| Plaintiff, | [~~PROPOSED~~] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| NASSIR MICHAELS, | |
| Defendants. | DATE: December 27, 2018<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on November 30, 2018. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to January 31, 2019, at 2:00 p.m.

[PROPOSED] FINDINGS AND ORDER                           1

    2.    The time between December 27, 2018, and January 31, 2019, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

    3.    Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: December 14, 2018

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] FINDINGS AND ORDER    2