TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
Tel. (530) 885-6244

Attorney for Defendant
NASSIR MICHAELS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-00040 JAM |
| Plaintiff, | **ORDER** |
| v. | |
| Nassir Michaels | |
| Defendant. | |

Based on the Request for Appearance Waiver filed with this Court on April 4, 2019, and on the information and signatures contained therein, it is hereby ordered that Defendant NASSIR MICHAELS' appearance be waived in the circumstances set forth herein, subject to any Order by the Court requiring his appearance, which would supersede this Order.

NASSIR MICHAELS' appearance is waived for hearings of any motion or other pre-trial proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, impanelment of a jury, trial and imposition of

sentence pursuant to Federal Rule of Criminal Procedure 43(b)(3).

IT IS SO ORDERED this 4th day of April, 2019.

/s/ John A. Mendez

HON. JOHN A. MENDEZ

UNITED STATES DISTRICT COURT JUDGE