1  TONI H. WHITE (SBN 210119)
   ATTORNEY AT LAW
2  PO Box 1081
   El Dorado, CA  95623
3  Telephone:  (530) 885-6244

4

5  Attorney for Defendant
   NASSIR MICHAELS
6

7

8          IN THE UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO. 2:19-cr-00040-JAM

12                    Plaintiff,       **STIPULATION REGARDING**
                                       **CONTINUANCE OF STATUS**
13  v.                                 **CONFERENCE; [PROPOSED]**
                                       **FINDINGS AND ORDER**
14  NASSIR MICHAELS

15                    Defendant.

16

17                        **STIPULATION**

18        The defendant, Nassir Michaels, by and through his counsel, Toni White, and the

19  Government, by and through its counsel, Vincenza Rabenn, hereby stipulate as follows:

20        1.     By previous order, this matter was set for status on April 9, 2019

21        2.     By this stipulation, defendant now moves to continue the status conference until June

22  11, 2019, and to exclude time between April 9, 2019, and June 11, 2019, under Local Code T4.

23        3.     The parties agree and stipulate, and request that the Court find the following:

24               a)     Discovery is ongoing. Currently, defense counsel is in possession of 196

25  Bates Stamped pages as well as 39 DVDs containing video and audio files. Additionally,

26  defense counsel was notified on April 3, 2019 that additional discovery is coming.

27               b)     Counsel for defendant desires this time to continue to review discovery, to

28  continue to consult with her client, review the current charges, conduct investigation and

research related to the charges and to discuss potential resolutions with her client and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The Government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 9, 2019 to June 11, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

///

///

///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.


IT IS SO STIPULATED.


Dated: April 5, 2019                    PHILLIP A. TALBERT
                                           Acting United States Attorney


                                         /s/ VINCENZA RABENN
                                         VINCENZA RABENN
                                         Assistant United States Attorney


Dated: April 5, 2018                    /s/ TONI WHITE
                                         TONI WHITE
                                         Counsel for Defendant
                                         NASSIR MICHAELS


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 8th day of April 2019.


                                       /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time