1  TONI H. WHITE (SBN 210119)
   ATTORNEY AT LAW
2  PO Box 1081
   El Dorado, CA  95623
3  Telephone:  (530) 885-6244

4

5  Attorney for Defendant
   NASSIR MICHAELS

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                    CASE NO. 2:19-cr-00040-JAM

12                      Plaintiff,              **STIPULATION REGARDING
                                                CONTINUANCE OF STATUS
13 v.                                           CONFERENCE;  FINDINGS AND
                                                ORDER**
14 NASSIR MICHAELS

15                      Defendant.

16

17                          **STIPULATION**

18        The defendant, Nassir Michaels, by and through his counsel, Toni White, and the

19 Government, by and through its counsel, Vincenza Rabenn, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on July 28, 2020

21        2.      By this stipulation, defendant now moves to continue the status conference until

22 September 1, 2020 at 9:30 a.m., and to exclude time between July 28, 2020, and September 1, 2020,

23 under Local Code T4.

24        3.      The parties agree and stipulate, and request that the Court find the following:

25            a)      Defense investigation and discovery review is ongoing. Documents that are

26 part of defense investigation are being obtained and will need to be reviewed. Additionally,

27 the defense is in possession of discovery consisting of 196 Bates Stamped pages as well as 39

28 DVDs containing video and audio files.

                                          1
   Stipulation and [Proposed] Order for Continuance of
   Status Hearing and for Exclusion of Time

1

2

3

4

b)      Counsel for defendant desires this time to continue to review discovery, to continue to consult with her client, review the current charges, conduct investigation and research related to the charges and to discuss potential resolutions with her client and otherwise prepare for trial.

5

6

7

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8

d)      The Government does not object to the continuance.

9

10

11

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

12

13

14

15

16

17

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 28, 2020 to September 1, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

18

///

19

///

20

///

21

///

22

///

23

///

24

///

25

///

26

///

27

///

28

///

2

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

1  ///

2      4.     Nothing in this stipulation and order shall preclude a finding that other provisions of

3  the Speedy Trial Act dictate that additional time periods are excludable from the period within which

4  a trial must commence.

5

6      IT IS SO STIPULATED.

7

8

9  Dated:  July 24, 2020                                 PHILLIP A. TALBERT
                                                          Acting United States Attorney

10

11                                                        /s/ VINCENZA RABENN
                                                          VINCENZA RABENN
                                                          Assistant United States Attorney

12

13

14  Dated:  July 24, 2020                                 /s/ TONI WHITE
                                                          TONI WHITE
                                                          Counsel for Defendant

15                                                        NASSIR MICHAELS

16

17

18                          **FINDINGS AND ORDER**

19      IT IS SO FOUND AND ORDERED this 24th day of July, 2020.

20

21                                                        /s/ John A. Mendez
                                                          THE HONORABLE JOHN A. MENDEZ
22                                                        UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28

                                              3

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time