TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA  95623
Telephone:  (530) 885-6244

Attorney for Defendant
NASSIR MICHAELS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-cr-00040-JAM |
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER** |
| v. | |
| NASSIR MICHAELS | |
| Defendant. | |

**STIPULATION**

The defendant, Nassir Michaels, by and through his counsel, Toni White, and the Government, by and through its counsel, Vincenza Rabenn, hereby stipulate as follows:

1.     By previous order, this matter was set for status on January 26, 2021.

2.     By this stipulation, defendant now moves to continue the status conference from January 26, 2021 until March 16, 2021, and to exclude time between January 26, 2021, and March 16, 2021, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     Defense investigation and discovery review is ongoing. Documents that are part of defense investigation are being obtained and will need to be reviewed. Additionally, the defense is in possession of discovery consisting of 196 Bates Stamped pages as well as 39 DVDs containing video and audio files.

1

b)      Counsel for defendant desires this time to continue to review discovery, to continue to consult with her client, review the current charges, conduct investigation and research related to the charges and to discuss potential resolutions with her client and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The Government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 26, 2021 to March 16, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

///

///

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

2

1 | ///

2 |       4.      Nothing in this stipulation and order shall preclude a finding that other provisions of

3 | the Speedy Trial Act dictate that additional time periods are excludable from the period within which

4 | a trial must commence.

5 |

6 |       IT IS SO STIPULATED.

7 |

8 |

Dated:  January 22, 2021

McGREGOR SCOTT
United States Attorney

/s/ VINCENZA RABENN
VINCENZA RABENN
Assistant United States Attorney

Dated:  January 22, 2021

/s/ TONI WHITE
TONI WHITE
Counsel for Defendant
NASSIR MICHAELS

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 22nd day of January, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time