TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA  95623
Telephone:  (530) 885-6244

Attorney for Defendant
NASSIR MICHAELS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-cr-00040-JAM |
|---|---|
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER** |
| v. | |
| NASSIR MICHAELS | |
| Defendant. | |

## STIPULATION

The defendant, Nassir Michaels, by and through his counsel, Toni White, and the Government, by and through its counsel, Vincenza Rabenn, hereby stipulate as follows:

1.      By previous order, this matter was set for status on March 16, 2021.

2.      By this stipulation, defendant now moves to continue the status conference from March 16, 2021 until May 18, 2021 at 9:30 AM and to exclude time between March 16, 2021 and May 18, 2021 under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Defense investigation and discovery review is ongoing. Documents that are part of defense investigation are being obtained and will need to be reviewed. Additionally, the defense is in possession of discovery consisting of 196 Bates Stamped pages as well as 39 DVDs containing video and audio files.

b)      Counsel for defendant desires this time to continue to review discovery, to continue to consult with her client, review the current charges, conduct investigation and research related to the charges and to discuss potential resolutions with her client and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The Government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 16, 2021 to May 18, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

///

///

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.


IT IS SO STIPULATED.


Dated:  March 11, 2021                          McGREGOR SCOTT
                                                United States Attorney


                                                /s/ VINCENZA RABENN
                                                VINCENZA RABENN
                                                Assistant United States Attorney


Dated:  March 11, 2021                          /s/ TONI WHITE
                                                TONI WHITE
                                                Counsel for Defendant
                                                NASSIR MICHAELS



**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 11th day of March, 2021.


                                                /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                UNITED STATES DISTRICT COURT JUDGE

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time