1 TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
2 PO Box 1081
El Dorado, CA  95623
3 Telephone:  (530) 885-6244

4

5 Attorney for Defendant
NASSIR MICHAELS
6

7

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          CASE NO. 2:19-cr-00040-JAM

12                    Plaintiff,      **STIPULATION REGARDING**
                                   **CONTINUANCE OF STATUS**
13 v.                                 **CONFERENCE; FINDINGS AND**
                                   **ORDER**
14 NASSIR MICHAELS

15                    Defendant.

16

17                          **STIPULATION**

18        The defendant, Nassir Michaels, by and through his counsel, Toni White, and the

19 Government, by and through its counsel, Vincenza Rabin, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on September 21, 2021.

21        2.      By this stipulation, defendant now moves to continue the status conference from

22 September 21, 2021 until December 14, 2021, and to exclude time between September 21, 2021, and

23 December 14, 2021, under Local Code T4.

24        3.      The parties agree and stipulate, and request that the Court find the following:

25            a)      Defense investigation and discovery review is ongoing. Documents that are

26 part of defense investigation are being obtained and will need to be reviewed. Additionally,

27 the defense is in possession of discovery consisting of 196 Bates Stamped pages as well as 39

28 DVDs containing video and audio files.

b)    Counsel for defendant desires this time to continue to review discovery, to continue to consult with her client, review the current charges, conduct investigation and research related to the charges and to discuss potential resolutions with her client and otherwise prepare for trial.

c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)    The Government does not object to the continuance.

e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 21, 2021 to December 14, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

///

///

2

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1   ///

2       4.      Nothing in this stipulation and order shall preclude a finding that other provisions of

3   the Speedy Trial Act dictate that additional time periods are excludable from the period within which

4   a trial must commence.

5

6       IT IS SO STIPULATED.

7

8

9   Dated:  September 14, 2021                PHILLIP TALBERT
                                             Acting United States Attorney
10

11                                            /s/ VINCENZA RABIN
                                             VINCENZA RABIN
12                                            Assistant United States Attorney

13

14  Dated:  September 14, 2021                /s/ TONI WHITE
                                             TONI WHITE
15                                            Counsel for Defendant
                                             NASSIR MICHAELS
16

17

18                          **FINDINGS AND ORDER**

19      IT IS SO FOUND AND ORDERED.

20

21  Dated:  September 15, 2021            /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
22                                        UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28