TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA  95623
Telephone:  (530) 885-6244

Attorney for Defendant
NASSIR MICHAELS

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                    Plaintiff,

v.

NASSIR MICHAELS

                                    Defendant.

CASE NO. 2:19-cr-00040-JAM

**STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; ORDER**

## STIPULATION

The defendant, Nassir Michaels, by and through his counsel, Toni White, and the Government, by and through its counsel, Aaron Pennekamp hereby stipulate as follows:

1.      By previous order, this matter was set for status on May 3, 2022.

2.      By this stipulation, defendant now moves to continue the status conference from May 3, 2022 until July 26, 2022, at 9:30 a.m., and to exclude time between May 3, 2022, and July 26, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      A plea agreement was recently sent to defense counsel, defense investigation and discovery review is ongoing and defense counsel is discussing possible resolution with Mr. Michaels. The defense is in possession of discovery consisting of 196 Bates Stamped pages as well as 39 DVDs containing video and audio files. Additionally, defense counsel

and the Government continue to meet and confer regarding evidence in the case.

b)      Counsel for defendant desires this time to continue to review discovery, to continue to consult with her client, review the current charges, conduct investigation and research related to the charges and to discuss potential resolutions with her client and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The Government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 3, 2022 to July 26, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

///

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  April 27, 2022                          Phillip A. Talbert
                                                United States Attorney


                                                /s/ AARON PENNEKAMP
                                                AARON PENNEKAMP
                                                Assistant United States Attorney


Dated:  April 27, 2022                          /s/ TONI WHITE
                                                TONI WHITE
                                                Counsel for Defendant
                                                NASSIR MICHAELS


**ORDER**

IT IS SO FOUND AND ORDERED this 28th day of April, 2022.


                                        /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time