TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA  95623
Telephone:  (530) 885-6244

Attorney for Defendant
NASSIR MICHAELS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-cr-00040-JAM |
|---|---|
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; ORDER** |
| v. | |
| NASSIR MICHAELS | |
| Defendant. | |

**STIPULATION**

The defendant, Nassir Michaels, by and through his counsel, Toni White, and the Government, by and through its counsel, Aaron Pennekamp, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 20, 2022.

2. By this stipulation, defendant now moves to continue the status conference from September 20, 2022 until December 13, 2022, at 9:00 a.m., and to exclude time between September 20, 2022, and December 13, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) A meeting is being set between the Government and defense counsel to further discuss this case and address potential sentencing issues. Defense investigation and discovery review is ongoing and defense counsel is discussing possible resolution with Mr. Michaels. The defense is in possession of discovery consisting of 196 Bates Stamped pages

as well as 39 DVDs containing video and audio files. Additionally, defense counsel and the Government continue to meet and confer regarding evidence in the case.

      b)      Counsel for defendant desires this time to continue to review discovery, to continue to consult with her client, review the current charges, conduct investigation and research related to the charges and to discuss potential resolutions with her client and otherwise prepare for trial.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The Government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 20, 2022 to December 13, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 14, 2022         Phillip A. Talbert
                                   United States Attorney

                                   /s/ AARON PENNEKAMP
                                   AARON PENNEKAMP
                                   Assistant United States Attorney

Dated:  September 14, 2022         /s/ TONI WHITE
                                   TONI WHITE
                                   Counsel for Defendant
                                   NASSIR MICHAELS

**ORDER**

IT IS SO FOUND AND ORDERED this 14th day of September, 2022.

                                   /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE