TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA 95623
Telephone: (530) 885-6244

Attorney for Defendant
NASSIR MICHAELS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>NASSIR MICHAELS<br><br>                 Defendant. | CASE NO. 2:19-cr-00040-JAM<br><br>**STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; ORDER** |

## STIPULATION

The defendant, Nassir Michaels, by and through his counsel, Toni White, and the Government, by and through its counsel, Aaron Pennekamp, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 28, 2023.

2. By this stipulation, defendant now moves to vacate the status conference currently set for February 28, 2023 and set a change of plea for March 14, 2023, at 9:00 a.m. The defendant moves to exclude time between February 28, 2023, and March 14, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The Government and defense counsel have recently discussed this case and addressed evidentiary and sentencing issues. Defense investigation and discovery review is ongoing and defense counsel is discussing resolution with Mr. Michaels and preparing him for a change of plea. The defense is in possession of discovery consisting of 196 Bates

Stamped pages as well as 39 DVDs containing video and audio files. Additionally, defense counsel and the Government continue to meet and confer regarding evidence in the case.

      b)      Counsel for defendant desires this time to continue to review discovery, to continue to consult with her client, review the current charges, conduct investigation and research related to the charges and to discuss potential resolutions with her client and otherwise prepare for trial.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The Government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 28, 2023 to March 14, 2023 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 22, 2023

Phillip A. Talbert
United States Attorney

/s/ AARON PENNEKAMP
AARON PENNEKAMP
Assistant United States Attorney

Dated:  February 22, 2023

/s/ TONI WHITE
TONI WHITE
Counsel for Defendant
NASSIR MICHAELS

## ORDER

IT IS SO FOUND AND ORDERED this 24th day of February, 2023.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE