TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1081
El Dorado, CA 95603
Telephone: (530) 885-6244

Attorney for Defendant
NASSIR MICHAELS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-cr-00040-JAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| v. | |
| NASSIR MICHAELS, | |
| Defendant | |

Defendant NASSIR MICHAELS, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney AARON PENNEKAMP, hereby stipulate as follows:

    1.    By previous order, this matter was set for sentencing on November 28, 2023. The matter was advanced on the Court's own motion on November 21, 2023.

    2.    By this stipulation, defendant now moves to continue the sentencing to March 26, 2024. The GOVERNMENT does not oppose this request. PROBATION does not oppose this request.

    3. This request is based on the fact more time is needed to prepare for sentencing and obtain mitigating information for presentation to the probation officer writing the presentence report.

1

Additionally, more time is needed for preparation of the presentence report. Lastly, defense counsel is temporarily ill.

    4.    The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | **March 26, 2024, at 09:00 a.m.** |
| Reply, or Statement of Non-opposition: | March 19, 2024 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | March 12, 2024 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | March 5, 2024 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | February 27, 2024 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | February 20, 2024 |
| The Proposed Pre-Sentence Report Shall be Disclosed to Counsel no Later Than: | February 6, 2024 |

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  November 16, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>By:   */s/ Toni White for*<br>AARON PENNEKAMP<br>Assistant U.S. Attorney<br><br>For the United States |
| Dated:  November 16, 2023 | By:   */s/ Toni White*<br>TONI WHITE<br>For Defendant Nassir Michaels |

# **O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: November 16, 2023         /s/ John A. Mendez
　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE