TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1081
El Dorado, CA 95603
Telephone: (530) 885-6244

Attorney for Defendant
NASSIR MICHAELS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-cr-00040 JAM |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| v. | |
| NASSIR MICHAELS, | |
| Defendant | |

Defendant NASSIR MICHAELS, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney JUSTIN LEE, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 26, 2024.

2. By this stipulation, defendant now moves to continue the sentencing to **June 18, 2024, at 09:00 a.m**. The GOVERNMENT does not oppose this request. PROBATION does not oppose this request.

3. This request is based on the fact more time is needed to prepare for sentencing and obtain mitigating information and medical records for presentation to the probation officer writing the presentence report. Additionally, more time is needed for preparation of the presentence report.

1

4. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | **June 18, 2024** |
| Reply, or Statement of Non-opposition: | June 11, 2024 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | June 4, 2024 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | May 28, 2024 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | May 21, 2024 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | May 14, 2024 |
| The Proposed Pre-Sentence Report Shall be Disclosed to Counsel no Later Than: | May 7, 2024 |

IT IS SO STIPULATED.

Dated: November 16, 2023         PHILLIP A. TALBERT
                                 United States Attorney

                                 By:  */s/ Toni White for*
                                 JUSTIN LEE
                                 Assistant U.S. Attorney

                                 For the United States

Dated: November 16, 2023         By:  */s/ Toni White*
                                 TONI WHITE
                                 For Defendant Nassir Michaels

# **O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: March 19, 2024            /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE