TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1081
El Dorado, CA 95603
Telephone: (530) 885-6244

Attorney for Defendant
NASSIR MICHAELS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>NASSIR MICHAELS,<br><br>                Defendant | CASE NO. 2:19-cr-00040 JAM<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |

Defendant NASSIR MICHAELS, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney JUSTIN LEE, hereby stipulate as follows:

    1.    By previous order, this matter was set for sentencing on June 18, 2024.

    2.    By this stipulation, defendant now moves to continue the sentencing to **August 06, 2024, at 09:00 a.m.** The GOVERNMENT does not oppose this request. PROBATION does not oppose this request.

    3. This request is based on the fact more time is needed to prepare for sentencing. The draft presentence report is in the preparation stage and additional mitigating information is being obtained by defense counsel in preparation for sentencing.

1

4. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | **August 06, 2024** |
| Reply, or Statement of Non-opposition: | **July 30, 2024** |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | **July 23, 2024** |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | **July 16, 2024** |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | **July 09, 2024** |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | **July 02, 2024** |
| The Proposed Pre-Sentence Report Shall be Disclosed to Counsel no Later Than: | **June 25, 2024** |

IT IS SO STIPULATED.

Dated:  June 11, 2024	PHILLIP A. TALBERT
	United States Attorney

	By:	/s/ Toni White for
		JUSTIN LEE
		Assistant U.S. Attorney

		For the United States

Dated:  June 11, 2024	By:	/s/ Toni White
		TONI WHITE
		For Defendant Nassir Michaels

## **O R D E R**

IT IS SO FOUND AND ORDERED.

Dated:  June 12, 2024	/s/ John A. Mendez
	THE HONORABLE JOHN A. MENDEZ
	SENIOR UNITED STATES DISTRICT JUDGE