TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
NASSIR MICHAELS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NASSIR MICHAELS,<br><br>    Defendant. | No. 2:19-cr-00040-JAM<br><br>**ORDER SEALING EXHIBIT A TO DEFENDANT'S SENTENCING MEMORANDUM** |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Nassir Michaels, IT IS HEREBY ORDERED that exhibit A to Defendant's sentencing memorandum shall be **SEALED** until further order of this Court.

Dated: August 14, 2024          /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE