TONI WHITE (SBN 210119)
PO Box 1068
Placerville, CA 95667
Tel: (530) 885-6244

Attorney for defendant
NASSIR MICHAELS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NASSIR MICHAELS,<br><br>Defendant. | NO. 2:19-cr-00040-JAM<br><br>**ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE (ECF 124)** |

On August 31, 2026, Defendant filed a Request for Early Termination of Supervised Release. See ECF No. 124. On September 06, 2026, the Government filed an opposition. See ECF No. 125. The defendant replied. See ECF No. 126. Accordingly, pursuant to 18 U.S.C. § 3583(e)(1), the Court hereby **TERMINATES** the terms of supervised release imposed in the above-referenced case and **DISCHARGES** NASSIR MICHAELS for the reasons set forth in his Request. It is further ordered that the proceedings in this case be **TERMINATED**.

**IT IS SO ORDERED**.

Dated: October 01, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE